UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**FERDELL RAYMON BAKER,**

    Petitioner,

v.                                                                                          Case No. 1:24cv248-TKW-MAF

**RON DESANTIS, STATE OF FLORIDA GOVERNOR,**

    Respondent.

_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 9). No objections were filed.[1]

Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that this case should be dismissed based on Petitioner's failure to comply with court orders. The Court did not overlook the "Amended Writ of Mandamus" (Doc. 10) filed by Petitioner after the Report and Recommendation was issued, but that document does not address the deficiencies identified by the magistrate judge.

---

[1] The Clerk docketed Petitioner's "Amended Writ of Mandamus" (Doc. 10) as an "objection," but that filing is not properly characterized as an objection under Fed. R. Civ. P. 72(b)(2) because it does not take issue with the analysis or rulings in the Report and Recommendation. Nevertheless, as discussed below, the Court has given due consideration to that filing in evaluating the magistrate judge's recommended disposition of this case.

The "Amended Writ of Mandamus" is no more comprehensible than the original "Writ of Mandamus" (Doc. 1); it is still not a proper civil rights complaint on the court-approved form; and it still appears to seek relief that the Court has no authority to provide in a mandamus proceeding against a state official. Indeed, to the extent that the Petitioner is seeking to challenge the legality of his prosecution and detention, he must do so—as he has done, see Case No. 1:25cv6—in a separate habeas action. *See* Doc. 3 at 5; Doc. 5 at 3.

In sum, because the "Amended Writ of Mandamus" does not comply with the magistrate judge's prior orders, it provides additional support for the conclusion that this case should be dismissed. Accordingly, it is

**ORDERED** that:

1. The Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is DISMISSED WITHOUT PREJUDICE for failure to comply with court orders.

3. The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE AND ORDERED** this 14th day of March, 2025.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**